# UNITED STATES DISTRICT COURT

EASTERN                                   **District of**                    CALIFORNIA

| | |
|---|---|
| FRED CUNNINGHAM | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| JO ANNE B. BARNHART, | |
| Commissioner of Social Security, | CASE NUMBER:  1:05-at-1526 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
    copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
    All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:    December 5, 2005**                    **/s/ Lawrence J. O'Neill**
66h44d                                            UNITED STATES MAGISTRATE JUDGE