IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRED CUNNINGHAM, | ) | 1:05cv1550 FVS DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
|  | ) | |

On December 5, 2005, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. On December 6, 2005, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On May 4, 2006, Defendant lodged the administrative record. On June 14, 2006, the Court granted Plaintiff an extension of time, to August 2, 2006, to file his confidential letter

1  brief. Pursuant to the schedule set forth in the Scheduling Order, Plaintiff was required to
2  file his brief on or before October 6, 2006. Plaintiff has failed to file his brief.
3       Therefore, Plaintiff is ordered to show cause, if any he has, why the action should not
4  be dismissed for failure to comply with the December 6, 2005, Scheduling Order. Plaintiff is
5  ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days
6  of the date of this Order.  If Plaintiff desires more time to file his brief, he should so state in
7  his response.
8       Failure to respond to this Order to Show Cause will result in dismissal of this action.
9
10    IT IS SO ORDERED.
11  **Dated:**   **October 20, 2006**          /s/ **Dennis L. Beck**
   3b142a                                        UNITED STATES MAGISTRATE JUDGE

2