1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

FILED
OCT 2 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

5              IN THE UNITED STATES DISTRICT COURT FOR

6                  THE EASTERN DISTRICT OF CALIFORNIA

7

8  FRED CUNNINGHAM        )
                          )   1:05-CV-1550 FVS DLB
9                         )
        Plaintiff,        )   STIPULATION AND ORDER TO DISMISS
10                        )
   vs.                    )
11                        )
                          )
12 JO ANNE B. BARNHART,   )
   Commissioner of Social )
13 Security,              )
                          )
        Defendant.        )
14 _____)

15

16     IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

17 Action filed on December 5, 2005 on behalf of Plaintiff be dismissed. After thorough

18 review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

19 continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

20 dismissal.

21     Dated: October 5, 2006            /s/ Gina Fazio

22                                       GINA FAZIO, ESQ.
                                         Attorney for Plaintiff
23
       Dated: October 13, 2006
24
                                         MCGREGOR SCOTT
25                                       United States Attorney

                                         By: /s/ Kimberly A. Gaab
26                                       (as authorized via facsimile)
                                         KIMBERLY A. GAAB
27                                       Assistant U.S. Attorney

28
   DATED this 20th day of October, 2006.

                                         s/ Fred Van Sickle
                                         Fred Van Sickle
                                         United States District Judge